```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 11-60956-CR-ZLOCH
```

NILDA BURGOS,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 14) filed herein by United States Magistrate Judge Robin S. Rosenbaum, Defendant Wells Fargo Bank, N.A.'s Motion To Dismiss Amended Complaint Or Motion To Stay (DE 8), and Plaintiff Nilda Burgos's Objection To Magistrate Judge Rosenbaum's Report And Recommendation (DE 15). The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The objections contained in Plaintiff Nilda Burgos's Objection To Magistrate Judge Rosenbaum's Report And Recommendation (DE 15) be and the same are hereby **OVERRULED**;

    2. The Report and Recommendation (DE 14) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

    3. Defendant Wells Fargo Bank, N.A.'s Motion To Dismiss Amended Complaint (DE 8) be and the same is hereby **GRANTED**;

    4. Defendant Wells Fargo Bank, N.A.'s Motion To Stay (DE 8) be and the same is hereby **DENIED** as moot;

    5. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

6. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of January, 2012.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel Of Record